Daniel Lee Knod #2004562
Bradshaw State Jail
Po Box 9000
Henderson, TX. 75653

12-15-15

Pam Estes
Clerk of Court
Twelfth court of Appeals
1517 West front St., Ste 354
Tyler, TX. 75702



FILED IN COURT OF APPEALS
12th Court of Appeals District
DEC 21 2015
TYLER TEXAS
PAM ESTES, CLERK

Re: State's Letter Brief and Motion to Amend
Case no: 12-15-00154-Cr
Trial case no: 007-0010-15

Clerk,

On October 5th, 2015, you ordered the State to file a proper motion for leave to Amend or file the State's letter brief but I have never received a copy of the State's letter brief or motion for leave to file. Can you please provide me a copy of the State's letter brief and motion for leave to file such brief. Thank you.

sincerely,

D.L. Knod